**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 20-33116 | HDH | Judge: HARLIN D. HALE | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | NATIONAL MEDICAL PROFESSIONALS OF H | | | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | | | 341(a) Meeting Date: | 02/02/21 |
| For Period Ending: | 06/30/22 | (2nd reporting period for this case) | | Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. ACCT. RECEIVABLE OVER 90 DAYS OLD | 2,314,748.00 | 2,314,748.00 | | 794.52 | FA |
| 2. FUNDS IN BANK OF AMERICA - GOV DEPS (u) | 0.00 | 194.89 | | 194.89 | FA |
| 3. FUNDS IN BANK OF AMERICA - NON GOVT DEPOSITS (u) | 0.00 | 52,121.80 | | 52,121.80 | FA |
| TOTALS (Excluding Unknown Values) | $2,314,748.00 | $2,367,064.69 | | $53,111.21 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL RELATED CASES HAVE BEEN  SUBSTANTIVELY CONSOLIDATED.  ORDER ENTERED 08/20/2021.  LEAD CASE IS ADETPUS HEALTH LLC, 20-33071.  ESTIMATED DATE OF CLOSING IS 02/01/2024.

Initial Projected Date of Final Report (TFR): 02/01/22     Current Projected Date of Final Report (TFR): 02/01/24

LFORM1                                                                                                                                                                                                 Ver: 22.06b